STATE v. JAMES HEATON.

(Same syllabus as in *State* v. *Alexander*, *ante* 231.)

PEARSON, C. J. *Dissenting.*

(*State* v. *Alexander*, *ante*, cited and approved.)

INDICTMENT for Staying an Election, (Bat. Rev. ch. 32, § 39,) tried at Spring Term, 1876, of COLUMBUS Superior Court, before *McKoy, J.*

The Bill of Indictment was found in New Hanover, and the case was removed to Brunswick, thence to Columbus.

The jury rendered a verdict of guilty. Judgment that defendant be imprisoned in the common jail of Columbus County for three months.

There were no exceptions to the ruling of the Court. Defendant appealed from the judgment and during the pendency of the appeal filed a plea of Pardon granted on the 20th of December, 1876, by Curtis H. Brogden the then Governor of the State.

*Attorney General,* for the State.

*Messrs. Badger & Devereux* and *D. L. Russell,* for the defendant.

READE, J. The facts as to the pardon in this case are the same as in *State* v. *Alexander,* at this term, and the principles of law are the same and the decision is the same.

PER CURIAM: We declare the defendant entitled to be discharged upon payment of the costs of this Court upon the terms of the pardon.